IN THE MATTER OF THE PETITION BY CONTROLLED
CABLE CORPORATION.

June 8, 1983.

Petitions for certification granted.

ENGLEWOOD LIQUORS, INC. v. CHARLES POGGI.

June 8, 1983.

Petition for certification denied.

C.E.M. v. K.D. & W.D.

June 8, 1983.

ORDERED that the "best interest" hearing, pursuant to
*N.J.S.A.* 2A:34–28, *et seq.*, shall proceed in the Superior Court,
Chancery Division, pending the disposition of the proceedings on
remand in the Superior Court, Appellate Division.

Jurisdiction is not retained.